IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY RABUANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-cv-05070 |
| | ) | |
| MERCY HOSPITAL JOPLIN, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Anthony Rabuano and Defendant Mercy Hospital Joplin, hereby stipulate to the dismissal with prejudice of all claims raised in the above-captioned matter in their entirety. It is further stipulated that the parties will each bear their respective costs, expenses, and attorneys' fees.

| | |
|---|---|
| HALL ANSLEY,<br>A Professional Corporation | BAIRD LIGHTNER MILLSAP, P.C. |
| By: /s/ *Timothy A. Ricker*<br>ADAM P. PIHANA<br>Missouri Bar Number 62050<br>TIMOTHY A. RICKER<br>Missouri Bar Number 62050<br>3275 East Ridgeview<br>Springfield, Missouri 65808<br>Telephone: 417/890-8700<br>Facsimile: 417/890-8855<br>Email: tricker@hallansley.com | By: /s/ Tina G. Fowler<br>TINA G. FOWLER<br>Missouri Bar Number 48522<br>1901-C South Ventura Avenue<br>Springfield, Missouri 65804<br>Telephone: 417/887-0133<br>Facsimile: 417/887-8740<br>Email: tfowler@blmlawyers.com |